UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23097-CIV-LENARD/O'SULLIVAN

OMAR DEL CARMEN VALLE CENTENO, )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(b) )
)
)
Plaintiffs, )
vs. )
)
)
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA )
)
)
Defendants. )
_____ )

### PLAINTIFFS' STATEMENT OF CLAIM

Come Now Plaintiffs, by and through undersigned counsel, pursuant to Court Order D.E. 8, and hereby files Plaintiffs' statement of claim and states as follows:

**A. Omar Del Carmen Valle Centeno:**

1. Period of claim: August 24, 2009 through August 24, 2012: 156 weeks.
2. Average overtime hours worked per a week (non travel time): 15 overtime hours a week.
3. Average overtime hours (travel time) per a week: 5.5 overtime hours a week.
4. Average Hourly Wage: $16.50 an hour.
5. Time and half overtime rate owed: $24.75 an hour.
6. Halftime overtime rate: $8.25/hr.
7. Halftime claim (non travel time): 15 overtime hours a week multiplied by $8.25/hr, multiplied by 156 weeks = $19,305.
8. Time and a half claim (travel time): 5.5 overtime hours a week multiplied $24.75/hr multiplied by 156 Weeks = $21,235.50.
9. Combined claim: $19,305 + $21,235.50 = $40,540.50 multiplied by 2 as liquidated damages pursuant to 29 U.S.C. 216(b) = **$81,081.00** plus attorney fees and costs.

B. **Nestor Jose Mejia Obando:**

1. Period of claim: August 27, 2009 through August 27, 2012: 156 weeks.
2. Average overtime hours worked per a week (non travel time): 15 overtime hours a week.
3. Average overtime hours (travel time) per a week: 5.5 overtime hours a week.
4. Average Hourly Wage: $16.50 an hour.
5. Time and half overtime rate owed: $24.75 an hour.
6. Halftime overtime rate: $8.25/hr.
7. Halftime claim (non travel time): 15 overtime hours a week multiplied by $8.25/hr, multiplied by 156 weeks = $19,305.
8. Time and a half claim (travel time): 5.5 overtime hours a week multiplied $24.75/hr multiplied by 156 Weeks = $21,235.50.
9. Combined claim: $19,305 + $21,235.50 = $40,540.50 multiplied by 2 as liquidated damages pursuant to 29 U.S.C. 216(b) = **$81,081.00** plus attorney fees and costs.

                    Respectfully Submitted,

                    Daniel T. Feld, Esq.
                    J.H. Zidell, P.A.
                    Attorney For Plaintiff
                    300 71st Street, Suite 605
                    Miami Beach, Florida 33141
                    Tel: (305) 865-6766
                    Fax: (305) 865-7167

                    By:_/s/ Daniel T. Feld _____
                        Daniel T. Feld, Esq.
                        Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Statement of Claim was sent via CM/ECF to [No Counsel has appeared as of August 29, 2012] on this 29th day of August, 2012.

                                    Daniel T. Feld, Esq.
                                    J.H. Zidell, P.A.
                                    Attorney For Plaintiff
                                    300 71st Street, Suite 605
                                    Miami Beach, Florida 33141
                                    Tel: (305) 865-6766
                                    Fax: (305) 865-7167

                                    By: /s/ Daniel T. Feld _____
                                           Daniel T. Feld, Esq.
                                           Florida Bar Number: 0037013