UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN

OMAR DEL CARMEN VALLE CENTENO )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
)
      Plaintiffs, )
  vs. )
)
)
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA, )
)
      Defendants. )
_____ )

### JOINT PLANNING AND SCHEDULING REPORT

    Pursuant to Southern District of Florida Local Rule 16.1(B), Federal Rule of Civil Procedure 26(f), and the Court's Order (**D.E. 19**), Counsel for Plaintiffs, Daniel Feld, Esq. and Counsel for Defendant Netali Peles, conferred and now file this Joint Scheduling Report in the above styled action and show the Court as follows:

### ELEMENTS REQUIRED BY LOCAL RULE 16.1

  1. **A discussion of the likelihood of settlement;**

    The Parties have begun settlement discussions. However, at this early stage of the litigation, the parties cannot state the likelihood of settlement. A settlement conference is currently set for November 30, 2012.

  2. **A discussion of the likelihood of appearance in the action of additional parties;**

This case has been filed as an opt-in Complaint pursuant to 29 U.S.C. 216(b). At this point the parties do not know whether other employees will desire to opt-in to the complaint.

3. **A statement regarding the necessity or desirability of amendments to the pleadings;**

The Parties do not desire to amend the pleadings at this time, but request that that Parties be given through January 31, 2013 to file any motions for amendment to pleadings.

4. **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses;**

The Parties are unable to eliminate any claims or defenses at this point in time but will endeavor to do so in order to simplify the issues, including the elimination of frivolous claims or defenses.

5. **Suggestions for the avoidance of unnecessary proof and of cumulative evidence;**

The Parties do not have any suggestions for the avoidance of unnecessary proof and of cumulative evidence at this time, but will endeavor to make every effort to agree to as many issues as possible and to avoid the introduction of cumulative evidence in this case.

6. **A discussion of possible admissions of fact of possible stipulations regarding the authenticity of documents; and of the need for advance rulings from the Court on the admissibility of evidence;**

The Parties will endeavor to stipulate to facts and admissions of documents and electronically stored information such as to avoid the unnecessary proof at trial. However, at this point in time, the Parties are unable to stipulate to any facts at this time.

7. **A preliminary estimate of the time required for trial;**

The Parties estimate that this will be a 3 day trial.

**8. <u>Any other information that might be helpful to the Court.</u>**

The Parties are unaware of any additional information that would be helpful to the Court.

Respectfully Submitted,

Dated: 10/26/12                                                                  Dated: 10/26/12

| | |
|---|---|
| J.H. Zidell, P.A. | Lynch & Robbins P.A. |
| Attorney for Plaintiffs | Attorney for Defendants |
| 300 71st Street, Suite 605 | 25 W. Flagler Street, Suite 1010 |
| Miami Beach, Florida 33141 | Miami, Florida 33130 |
| Tel: (305) 865-6766 | Tel: (305) 456-3561 |
| Fax: (305) 865-7167 | Fax: (866) 984-5239 |

By: /s/ Daniel T. Feld___                                         By:  /s/ Netali Peles_____
    Daniel Feld, Esq.                                                          Netali Peles
    Florida Bar Number: 0037013                             Florida Bar Number: 84558