UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN

OMAR DEL CARMEN VALLE CENTENO )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
                                                              )
        Plaintiffs, )
vs. )
                                                              )
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA, )
       Defendants. )

## JOINT SCHEDULING FORM

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| January 31, 2013 | All motions for joinder of parties, to amend pleadings, and to add opt-in plaintiff(s) (with requisite consent(s) and affidavits) shall be filed. |
| January 11, 2013 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses named on this list shall be permitted to testify at trial |
| May 1, 2013 | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| January 11, 2013 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the summaries and reports required by Local Rule 16.1(K). Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| February 3, 2013 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the summaries and reports required by Local |

|  |  |
|---|---|
|  | Rule 16.1(K). Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| <u>May 1, 2013</u> | All **expert** discovery shall be completed. |
| <u>May 10, 2013</u> | All dispositive motions, pre-trial motions, and memoranda must be filed, including any motions to exclude or to limit proposed expert testimony. |
| <u>April 26, 2013</u> | Mediation shall be completed. |
| <u>July 25, 2013</u> | Proposed date before which all motions in limine must be filed. |
| <u>July 25, 2013</u> | Proposed date for joint pretrial stipulation pursuant to Local Rule 16.1(K) |
| <u>August 5, 2013</u> | Proposed date for pretrial conference. |
| <u>August 12, 2013</u> | Proposed date for trial. |

ADDITIONAL
DEADLINES OR DATES            ACTION OR EVENT