UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 12:cv-23097

OMAR DEL CARMEN VALLE CENTENO,
NESTOR JOSE MEJIA OBANDO and all others
Similarly situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

I&C EARTHMOVERS CORP, LEONEL GARCIA,
and CARLOS M. GARCIA,

    Defendants.
_____/

## DEFENDANTS I&C EARTHMOVERS, LEONEL GARCIA AND CARLOS M. GARCIA'S WITNESS LIST

    COME NOW the Defendants, I&C Earthmovers, Leonel Garcia and Carlos M. Garcia, by and through their undersigned counsel, and hereby file their Witness List.

1. Omar del Carmen Valle Centeno
2. Nestor Jose Mejia Obando
3. Leonel Garcia
4. Carlos M. Garcia
5. Christian Marcelo Fredes
6. Reynaldo Rey
7. Omar Alba Estrada
8. Andy Enrique Quintana
9. Jose Mendez
10. Raydel Estevez Casado

11. Fidel Cortina

12. Hector J. Hernandez

13. Jose Felix Obando

14. Wilfredo Gomez Urbina

15. Gaspar Coll

16. Leonard Sanders

17. Pablo Roberto Hernadez

18. Avelis Lazaro Macias

19. Osvaldo Dearmal

20. Luis M. Hernandez

21. Roger Flores

22. Gualberto Garcia-Pantoja

23. Yasser M. Aviles Largaespada

24. Eyoelio Seveira Martinez

25. Alvaro Garcia Mir

26. Lisette Garcia

27. Any witnesses called by the Plaintiffs.

28. Defendants' reserve the right to amend and/or supplement this witness list with appropriate notice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2013, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing

generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/Netali Peles_____
                                          Netali Peles
                                          Florida Bar No.:  84558
                                          Archer Bay, P.A.
                                          25 W. Flagler St, Suite 1010
                                          Miami FL  33130
                                          Telephone:  (305) 456-3561
                                          Facsimile:  (866) 984-5239
                                          Attorney for Plaintiff
                                          npeles@archerbay.com