UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN

**CONSENT CASE**

OMAR DEL CARMEN VALLE CENTENO )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
        Plaintiffs, )
  vs. )
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA, )
        Defendants. )

**NOTICE OF ATTORNEY APPEARANCE**

Come Now Plaintiffs, by and through undersigned counsel and hereby file Plaintiffs' Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned Daniel T. Feld, Esq. on behalf of the firm J.H. Zidell, P.A. hereby files his notice of appearance.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Plaintiffs' Notice of Attorney Appearance was sent Via CM/ECF to Netali Peles, Esq., Lynch & Robbins, 25 W. Flagler Street, Suite 1010, Miami, Florida 33130, Fax: (866) 984-5239, Email: npeles@floridalawyer.com on this 24th day of April 2013.

                                                Daniel T. Feld, Esq.
                                                J.H. Zidell, P.A.
                                                Attorney For Plaintiffs
                                                300 71st Street, Suite 605
                                                Miami Beach, Florida 33141
                                                Tel: (305) 865-6766
                                                Fax: (305) 865-7167

                                                By:_/s/ Daniel T. Feld _____
                                                    Daniel T. Feld, Esq.
                                                    Florida Bar Number: 0037013