UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-CV-23097-O'SULLIVAN

[CONSENT]

OMAR DEL CARMEN VALLE CENTENO
and all other similarly situation under
29 U.S.C. 216(B),

    Plaintiff
vs.

I&C EARTHMOVERS CORP., LEONEL
GARCIA and CARLOS M. GARCIA,

    Defendants
_____/

## ORDER

THIS MATTER is before the Court on the Defendant's Unopposed Motion for Continuance (DE# 50, 7/2/13). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendant's Unopposed Motion for Continuance (DE# 50, 7/2/13) is **GRANTED**. Trial in this matter is re-set to **Tuesday, October 15, 2013** at **9:00 AM** before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 301 North Miami Avenue, Miami, Florida, Fifth Floor. All parties are directed to report to the calendar call at **10:00 AM** on **Thursday, October 10, 2013**, at which time all matters relating to the scheduled trial date may be brought to the attention of the Court. The final pretrial conference shall take place on **Wednesday, September 25, 2013** at **11:00 AM**. All motions in limine shall be filed on or before **Wednesday, August 28, 2013**. No further continuances will be granted.

DONE AND ORDERED in Chambers at Miami, Florida this **2nd** day of July, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record