UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN

**CONSENT CASE**

| | |
|---|---|
| OMAR DEL CARMEN VALLE CENTENO | ) |
| NESTOR JOSE MEJIA OBANDO and all | ) |
| others similarly situated under 29 U.S.C. | ) |
| 216(B), | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) |
| I & C EARTHMOVERS CORP. | ) |
| LEONEL GARCIA | ) |
| CARLOS M. GARCIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs, by and through undersigned counsel, pursuant to Southern

District Local Rule 56.1, and hereby files Plaintiffs' statement of undisputed material facts in

support of Plaintiffs' Motion for Summary Judgment:

1.  Both Leonel Garcia and Carlos M. Garcia operate the day to day operations of I & C

    Earthmovers Corp. [Carlos Garcia Depo. P. 4-5].

2.  Both Leonel Garcia and Carlos M. Garcia are the persons with the most control over the

    finances of I & C Earthmovers Corp and have both signed checks on behalf of the

    corporation including payroll. [Carlos Garcia Depo. P. 5, Leonel Garcia Depo P. 5-6,

    Lisette Garcia Depo. P. 13].

3.  Both Leonel Garcia and Carlos M. Garcia make the decision as to how much employees

    would be paid at I & C Earthmovers Corp. [Carlos Garcia Depo. P. 4-5, Leonel Garcia

    Depo. P. 6].

4. Both Leonel Garcia and CarlosGarcia handle where employees will work "He handles one side, I handle the other." [Carlos Garcia Depo. P. 5].

5. Both Leonel Garcia and Carlos M. Garcia each own thirty percent (30%) of I & C Earthmovers Corp. [Leonel Garcia Depo. P. 4].

6. Leonel Garcia is the Vice President of I & C Earthmovers [Leonel Garcia Depo. P. 5].

7. Carlos Garcia is the President of I & C Earthmovers [Leonel Garcia Depo. P. 5].

8. Both Leonel Garcia and Carlos M. Garcia have the most authority over the finances of I & C Earthmovers Corp. [Leonel Garcia Depo. P. 5].

9. Leonel Garcia trained Plaintiff Omar Centeno on the machinery in 2009. [Leonel Garcia Depo. P. 7].

10. Plaintiff Omar Cento reported to Leonel Garcia or Carlos Garcia. [Ivan Garcia Depo. P. 9].

11. The hours worked by Plaintiffs would be reported to Leonel Garcia or Carlos Garcia on a daily basis. [Ivan Garcia Depo. P. 13 and 28].

12. Leonel Garcia issued warnings to Plaintiff Obando which could result in the termination of his employment with Defendants. [Ivan Garcia Depo. P. 20].

13. Carlos Garcia would provide Lisette Garcia with the proper information in order to process payroll. [Lisette Garcia Depo. P. 5-6].

14. Carlos Garcia was the one to notify Plaintiff Omar Centeno that his employment with Defendants was terminated. [Lisette Garcia Depo. P. 10].

15. Carlos Garcia would instruct Plaintiffs on which projects to work on [Lisette Garcia Depo. P. 18].

16. Leonel Garcia and Carlos Garcia are in charge of purchasing equipment for I & C Earthmovers Corp. [Lisette Garcia Depo. P. 23].

17. During the relevant time period, Leonel Garcia and Carlos Garcia were out in the field supervising work and just delegating work. [Lisette Garcia Depo. P. 24-26].

18. The parties stipulate that during all years in question, Defendants grossed over $500,000 annually. [Leonel Garcia Depo. P. 9].

19. Defendants and their employees use Komatsu excavators and loaders, Caterpillar bulldozers, John Deere excavators and loaders. [Leonel Garcia Depo. P. 30].

20. The machiners is mostly Komatsu and John Deere. [Leonel Garcia Depo. P. 31].

21. The Komatsue, Caterpillar and John Deere products are manufactured outside the State of Florida. [Leonel Garcia Depo. P. 31].

22. Defendants had at least two or more employees on a regular basis that handled these machinery that were manufactured outside of Florida. [Leonel Garcia Depo. P. 31].

23. The invoices for the machinery such as John Deere and Komatsu are paid to sources outside the State of Florida such as in North Carolina. [Lisette Garcia Depo. P. 23-24].

Respectfully submitted,

Daniel T. Feld, Esq.
J. H. Zidell, P.A.
Attorneys for Plaintiffs
300-71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ Daniel T. Feld _____
     Daniel T. Feld, Esq.
     Florida Bar No.: 0037013

## <u>CERTIFICATE OF SERVICE:</u>

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Statement of

Material Facts in Support of Plaintiffs' Motion for Summary Judgment was sent via CM/ECF to

Netali Peles, Esq., Lynch & Robbins, 25 W. Flagler Street, Suite 1010, Miami, Florida 33130,

Fax: (866) 984-5239, Email: npeles@floridalawyer.com on this 27th day of July 2013.


Daniel T. Feld, Esq.
J. H. Zidell, P.A.
Attorneys for Plaintiffs
300-71[st] Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar No.: 0037013