UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-CV-23097-O'SULLIVAN

[CONSENT]

OMAR DEL CARMEN VALLE CENTENO
and all other similarly situation under
29 U.S.C. 216(B),

    Plaintiff
vs.

I&C EARTHMOVERS CORP., LEONEL
GARCIA and CARLOS M. GARCIA,

    Defendants
_____/

## ORDER

THIS MATTER is before the Court on the Defendants' Motion in Limine to Exclude Subsequent Remedial Measures (DE# 65, 8/28/13). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Defendants' Motion in Limine to Exclude Subsequent Remedial Measures (DE# 65, 8/28/13) is **DENIED as moot**. On August 28, 2013, the defendant filed an amended motion. See Defendants' Amended Motion in Limine to Exclude Subsequent Remedial Measures (DE# 67, 8/28/13).

DONE AND ORDERED in Chambers at Miami, Florida this **30th** day of August, 2013.

                                                                                          _____
                                                                                          JOHN J. O'SULLIVAN
                                                                                          UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record