UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:12-CV-23097-O'SULLIVAN

[CONSENT]

OMAR DEL CARMEN VALLE CENTENO
and all other similarly situation under
29 U.S.C. 216(B),

    Plaintiff

vs.

I&C EARTHMOVERS CORP., LEONEL
GARCIA and CARLOS M. GARCIA,

    Defendants
_____/

## ORDER

THIS MATTER is before the Court for a Final Pretrial Conference. Having reviewed the parties' respective filings and motions and having heard argument on the motions in limine, joint pretrial stipulation, exhibit lists, witness lists and proposed jury instructions, it is

ORDERED AND ADJUDGED as follows:

1. the Plaintiffs' Motion in Limine (DE# 69, 8/28/13) is GRANTED in part and DENIED in part without prejudice to renew. The Plaintiffs' Motion in Limine to exclude reference to attorney fees, costs and/or liquidated damages is GRANTED. The Plaintiffs' Motion in Limine to exclude reference to time records and documents not produced during discovery is DENIED without prejudice to renew after the plaintiffs' counsel reviews the documents. The Plaintiffs' Motion in Limine regarding FDOT documents is DENIED as moot;

2. the Defendants' Amended Motion in Limine to Exclude Subsequent Remedial Measures (DE# 67, 8/28/13) is DENIED as moot;

3. the plaintiffs' exhibits 1 through 13 are ADMITTED without objection;

4. the defendants' exhibits 1 through 11 (affidavits and deposition transcripts) are

        NOT ADMITTED unless used for impeachment at trial;

5.     the defendants' exhibits 12 through 15 will be addressed at calendar call; AND

6.     the defendants' exhibits 16 and 17 are ADMITTED.  It is further

ORDERED AND ADJUDGED that the parties shall revisit their proposed jury instructions.  If the parties seek a modification of an Eleventh Circuit standard jury instruction, the parties must brief the issue(s) as to why the standard jury instruction(s) should be changed.  New proposed jury instructions and briefs shall be filed by **5 PM** on **Wednesday, October 9, 2013.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 7st day of October, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record