# CALENDAR/MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5th FLOOR**   TIME: **10:00 am**

## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No. 12-23097-Civ-O'Sullivan            Date: October 7, 2013            END: 10:30 am

Clerk: Nancy J. Flood                       DAR No. 9:55:01

Court Reporter:

Title of Case:   OMAR DEL CARMEN VALL CENTENO ET., AL., VS., I & C EARTHMOVERS CORP., ET., AL.

P. Attorney(s):  *DANIEL T. FELD ESQ.*

D. Attorney(s):  NETALI PELES ESQ.

Reason for hearing:  FINAL PRETRIAL CONFERENCE.

Result of hearing:  FINAL PRETRIAL CONFERENCE HELD. TWO M/LIMINE ADDRESSED. ORDER TO FOLLOW WITH DETAILS.

Case Continued to: