## United States District Court

SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION

| | |
|---|---|
| OMAR DEL CARMEN VALLE CENTENO<br>NESTOR JOSE MEJIA OBANDO<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>I&C EARTHMOVERS CORP., LEONEL GARCIA,<br>CARLOS M. GARCIA<br><br>　　　　　Defendants. | **PLAINTIFFS' AMENDED EXHIBIT LIST**<br><br>CASE NO.: 12-23097-CIV-O'SULLIVAN |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>JUDGE O'SULLIVAN | J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Netali Peles, Esq.<br>Executive Law Group<br>495 Brickell Avenue, Suite 1010<br>Miami, FL 33131 |

| TRIAL DATE(S)<br>October 15, 2013 | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | PLAINTIFF'S DESCRIPTION OF EXHIBITS*/WTNESSES and Defendant's Objections |
|---|---|---|---|---|---|
| 1 | | | | | Affidavit of service of process of Amended Complaint [D.E. 10] |
| 2 | | | | | Amended Complaint [D.E. 4] |
| 3 | | | | | Discharge documents dated September 20, 2012 |
| 4 | | | | | Payroll breakdown April 4, 2010 – December 12, 2010 for project SR-826 |
| 5 | | | | | Payroll breakdown January 9, 2011 – November 20, 2011 for project SR-826 |
| 6 | | | | | Checks issued to Omar Valle 1/7/11 – 12/30/11 |
| 7 | | | | | Checks issued to Omar Valle 1/8/10 – 12/31/10 |
| 8 | | | | | Checks issued to Nestor Mejia 1/7/11 – 12/30/11 |
| 9 | | | | | Checks issued to Nestor Mejia 1/8/10 – 12/31/10 |

Exhibit List – Omar Del Carmen Valle Centeno

| 10 | | | | | Checks issued to Omar Centeno: 2/24/12, 4/13/12, 4/20/12, 7/27/12, 8/3/12, 8/3/12, 8/17/12, 8/17/2012 and 8/24/12 |
| --- | --- | --- | --- | --- | --- |
| 11 | | | | | Payroll breakdown January 3, 2010 – December 19, 2010 for project MIC-Earlington Heights Connector |
| 12 | | | | | Payroll breakdown January 23, 2011 – December 13, 2011 for project MIC-Earlington Heights Connector |
| 13 | | | | | Payroll stubs for checks issued to Omar Centeno 1/18/13 – 5/19/13 |
| 14 | | | | | Business card and note from Stanley Ford |
| 15 | | | | | Impeachment exhibits |
| 16 | | | | | Rebuttal exhibits |
| 17 | | | | | Any exhibits listed on Defendants' exhibit list that are not objected to or are allowed into evidence over Plaintiffs' objections. |

Exhibit List – Omar Del Carmen Valle Centeno