CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME:** ~~9:00~~ AM
8:45

MAGISTRATE JUDGE **JOHN J. O'SULLIVAN**

Case No. 12-23097-CIV-JJO   Date OCTOBER 17, 2013   END: 5:30

Clerk CHERLE R. GRIFFIN   Dar No. N/A

Court Reporter ROBIN DISPENZIERI   *Spanish Interpreter Present*

Title of Case CENTENO V. I & C EARTHMOVERS CORP., ET AL

P. Attorney(s) JAIMIE ZIDELL, DANIEL FELD

D. Attorney(s) NETALI PELES, VINCENT LYNCH

Reason for Hearing DAY #3 OF JURY TRIAL

Result of Hearing DAY #3 OF JURY TRIAL HELD. Lisette Garcia sworn + testified. Direct exam. Cross exam. Re-direct exam. Re-cross exam. Ivan Garcia sworn + testified. Direct exam. Cross exam. Jose Mendez sworn + testified. Direct exam. Cross exam. Re-direct exam. Re-cross exam. Andy Enrique Quintana Cavajal sworn + testified. Direct exam. Cross exam. Re-direct exam. Nestor Mejia Obando sworn + testified. Direct exam. Leonel Garcia sworn + testified. Direct exam. Omar Valle
(cont'd p. 2)

PAGE 2 (continued)

**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME:** ~~9:00 AM~~ 8:45 – 12:20 PM

MAGISTRATE JUDGE **JOHN J. O'SULLIVAN**   1:20 PM –

Case No. 12-23097-CIV-JJO   Date OCTOBER 17, 2013   END: 5:30

Clerk CHERLE R. GRIFFIN   Dar No. N/A

Court Reporter ROBIN DISPENZIERI

Title of Case CENTENO V. I & C EARTHMOVERS CORP., ET AL

P. Attorney(s) JAIMIE ZIDELL, DANIEL FELD

D. Attorney(s) NETALI PELES, VINCENT LYNCH

Reason for Hearing DAY #2 OF JURY TRIAL

Result of Hearing Centeno sworn + testified. Direct exam. Defense rests. Jury instructed by the Court. Closing arguments heard. Jury deliberates. Jury found in favor of the plaintiffs.