UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN
**CONSENT CASE**

OMAR DEL CARMEN VALLE CENTENO )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
      Plaintiffs, )
vs. )
)
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA, )
)
      Defendants. )

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

### Overtime Wages

1. That the Defendants failed to pay Plaintiff Omar Del Carmen Valle Centeno overtime wage pay required by law?

    Yes __✓__   No _____

    [Note: If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 4.]

2. That the Defendants failed to pay Plaintiff Nestor Jose Mejia Obando overtime wage pay required by law?   **Yes**

    [Note: If your answer is Yes, you need to determine the dollar amount of his unpaid overtime wages in paragraph 5.]

## WILLFUL OR RECKLESS DISREGARD CONDUCT

3. That Defendants either knew or showed reckless disregard for the matter of whether its conduct was prohibited by the Fair Labor Standards Act?

    Yes __✓__     No _____

## DAMAGES AS TO OVERTIME WAGES

[Note: If your answer is "Yes" to paragraph 1, then complete paragraph 4.]

4. That Plaintiff Omar Del Carmen Valle Centeno should be awarded $__45,360.00__ as the Plaintiff's overtime wages.

[Note: If your answer is "Yes" to paragraph 2, then complete paragraph 5.]

5. That Plaintiff Nestor Jose Mejia Obando should be awarded $__45,360.00__ as the Plaintiff's overtime wages.

## RETALIATORY DISCHARGE

6. Was Plaintiff Nestor Jose Mejia Obando's Complaint for overtime wages a motivating factor or immediate cause for which the Defendants retaliated against him?

    Yes __✓__     No _____

[Note: If your answer to this question is "YES" go to the question # 7].

7. How much money is Plaintiff Nestor Jose Mejia Obando entitled to from the Defendants due to Defendants retaliatory conduct against Plaintiff for filing this instant action against Defendants:

   a) Past Mental Pain and Suffering from the retaliatory conduct to the date of trial and Future Mental Pain and Suffering from the date of trial into future $ _50,000.00_ .

   b) Lost back wages from date of firing to ~~trial~~ *new employment (2 months)* $ _9,020.00_ .

SO SAY WE ALL.

_____
JURY FOREPERSON

_Oct. 17, 2013_
DATE