FILING FEE PAID FLS000004988
pro hac vice $100.00
Steven M. Larimore, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23097-CIV-LENARD/O'SULLIVAN

OMAR DEL CARMEN VALLE CENTENO, )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(b) )
)
    Plaintiffs, )
 vs. )
)
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA )
)
    Defendants. )
_____ )



**THE STATE OF FLORIDA**
**TO EACH SHERIFF OF THE STATE:**

# WRIT OF GARNISHMENT

YOU ARE COMMANDED to summon the Garnishee, Oceans Bank, 780 N.W. 42nd Ave. Miami, FL 33126 to serve an answer to this writ on J.H. Zidell, Esq., P.A., Plaintiffs' Attorney, whose address is 300 71ST STREET #605, MIAMI BEACH, FLORIDA 33141, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant I & C Earthmovers Corp. (FEIN 650861113), Leonel Garcia and/or Carlos M. Garcia, located at 13436 S.W 19 LN Miami, Florida 33175 and/or 10117 SW 5th Street, Miami, Florida 33174 who, upon information and belief, maintains a bank account with Garnishee Oceans Bank, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants Defendant I & C Earthmovers Corp., Leonel Garcia and/or Carlos M. Garcia, who, upon information and belief, maintain a bank account with Garnishee Oceans Bank, at, Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such

times, and whether the Garnishee knows of any other person indebted to the Defendant(s) or who may be in possession or control of any of the property of the Defendant(s) such as Certificate of deposits, bonds or money market accounts. The amount set in Plaintiffs' motion is for $181,440.

Dated on __3/26__, 2014.

                                               Name of Clerk

As Clerk of the Court

                                          By: _J. Sandelin_
                                             as Deputy Clerk