UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23097-CIV-LENARDO/O'SULLIVAN

OMAR DEL CARMEN VALLE CENTENO,
NESTOR JOSE MEJIA OBANDO, et al.,
    Plaintiffs,

vs.

I & C EARTHMOVERS CORP., LEONEL
GARCIA and CARLOS M. GARCIA,

    Defendants,

and

OCEAN BANK,

    Garnishee.
_____/



## OCEAN BANK'S ANSWER TO WRIT OF GARNISHMENT

The Garnishee, OCEAN BANK, by and through its undersigned counsel, answers the Writ of Garnishment served on March 27, 2014 as follows:

1. At the time of the service of this Answer, or at the time of the service of the Writ, plus sufficient time not to exceed 1 business day for OCEAN BANK to act expeditiously on the Writ, or at any time between such times, OCEAN BANK was indebted to I & C EARTHMOVERS CORP., LEONEL GARCIA and CARLOS M. GARCIA, for the following sum(s): Account No. xxxxxxxxx, i/n/o I & C Earthmovers, Corp., Available Balance: $188,620.58, and Account No. xxxxxxxx, i/n/o Carlos Manuel Garcia and Raquel Garcia, Available Balance: $374.20. Pursuant to Florida Statute § 77.19, OCEAN BANK has retained the total amount of $188,994.78 from the available balances ("Retained Amount").

2. At the time of the service of the writ, or at the time of the service of this answer, or at any time between such times, OCEAN BANK did not have any other tangible or intangible

personal property of I & C EARTHMOVERS CORP., LEONEL GARCIA and CARLOS M. GARCIA, in its possession or control, which is subject to the writ.

3. OCEAN BANK knows of no other person indebted to I & C EARTHMOVERS CORP., LEONEL GARCIA and CARLOS M. GARCIA, or who may have any tangible or intangible property of I & C EARTHMOVERS CORP., LEONEL GARCIA and CARLOS M. GARCIA, in his or her possession or control.

4. The names and addresses of OCEAN BANK'S account holders are I & C Earthmovers Corp., 13436 S.W. 19 Lane, Miami, Florida 33175 and Carlos M. Garcia, 13436 S.W. 19 Lane, Miami, Florida 33175.

5. Non Certificate of Deposit Funds being held pursuant to the Writ of Garnishment, if any, are placed in a non-interest bearing "Writ of Garnishment" account at OCEAN BANK, pending the entry of a judgment, order, or other written agreement executed by the person or attorney issuing the Writ of Garnishment, in a form acceptable to OCEAN BANK.

6. Ocean Bank claims the right to set off against the indebtedness of I & C EARTHMOVERS CORP., LEONEL GARCIA and CARLOS M. GARCIA to OCEAN BANK, if any: (a) all outstanding loans, overdrafts, charge offs, and other amounts due to OCEAN BANK; (b) the standard garnishment fee of $100.00; (c) costs, expenses, attorney's fees, amounts due to OCEAN BANK, by contractual agreement; (d) and all other items of set-off permissible by the garnishment statutes and applicable law. In the alternative, OCEAN BANK claims that it is not indebted to Defendant, to the extent any set-off and/or other claim(s) of OCEAN BANK exist(s), because the amounts of such set offs and other claims are deducted from the Retained Amount.

WHEREFORE, OCEAN BANK moves this Court to determine the amount of indebtedness, if any, not to exceed the amount identified herein as an indebtedness, less all set-offs, and to accordingly enter a Final Judgment of Garnishment, absolving OCEAN BANK of any

further liability in this matter.  OCEAN BANK moves this Court to assess costs, expenses, and attorney's fees in its favor, and demands the statutory attorney's fees deposited with the Clerk of the Court, <u>by check payable to OCEAN BANK</u>, as partial payment of its costs and attorney's fees in this action.  OCEAN BANK further moves this Court, at the time of entry of judgment upon or dismissal of the garnishment, to tax its costs and fees against the statutory attorney's fees deposit, the Garnishor, and, as applicable, against the Garnishment Defendant and the garnished funds, pursuant to statute and/or contract.

_____
☐ Robert T. Youngs, Esq., Florida Bar No. 285765
☒ Michael R. Carroll, Esq., Florida Bar No. 043502
Attorney for the Garnishee, Ocean Bank
Ocean Bank Legal Department
780 N.W. 42nd Avenue, Suite 500
Miami, Florida  33126-5540
PH: (305) 569-5325
FAX: (305) 569-5615
E-MAIL: mcarroll@oceanbank.com
SECONDARY E-MAIL: legalservice@oceanbank.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to the parties of record listed below, at the addresses listed below, by e mail (to the attorneys of record and to parties who have designated an email) and by U.S. mail (to all parties) this 27th day of March, 2014:

J.H. Zidell, Esq., 300 71 Street, Suite 605, Miami, Florida 33141.

I & C Earthmovers Corp., 13436 S.W. 19 Lane, Miami, Florida 33175.

Carlos M. Garcia, 13436 S.W. 19 Lane, Miami, Florida 33175.

☐ Robert T. Youngs, Esq., Florida Bar No. 285765
☒ Michael R. Carroll, Esq., Florida Bar No. 043502
Attorney for the Garnishee, Ocean Bank
Ocean Bank Legal Department
780 N.W. 42nd Avenue, Suite 500
Miami, Florida 33126-5540
PH: (305) 569-5325
FAX: (305) 569-5615
E-MAIL: mcarroll@oceanbank.com
SECONDARY E-MAIL: legalservice@oceanbank.com