UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-23097-LENARD/O'SULLIVAN

### CONSENT CASE

OMAR DEL CARMEN VALLE CENTENO )
NESTOR JOSE MEJIA OBANDO and all )
others similarly situated under 29 U.S.C. )
216(B), )
)
       Plaintiffs, )
vs. )
)
I & C EARTHMOVERS CORP. )
LEONEL GARCIA )
CARLOS M. GARCIA, )
)
       Defendants. )
)

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Come Now Plaintiffs, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure Rule 6(b)(1)(A) and Local Rule 7.1, and 7.3, Plaintiffs request an entry of an order granting the above-described motion ("Motion for Enlargement"), and as grounds states:

1. On March 27, 2014, Defendants' Response was filed in Opposition to Plaintiffs' Motion for attorneys' fees and costs. [D.E. 195].

2. The deadline for Plaintiffs' Reply is April 7, 2014.

3. The undersigned had said aside the afternoon of April 7, 2014 to complete Plaintiffs' Reply. However, due to family members coming down with flu like symptoms, the undersigned was required to leave work early and tend to said family members.

4. Plaintiffs' Counsel requests a brief extension of time through April 9, 2014 to file Plaintiffs' Reply.

**Certificate of Good Faith Conferral:**

The undersigned has not yet conferred with Defendants' Counsel but will do so first thing in the morning to ascertain Defendants' position on this matter.

Respectfully Submitted,

Daniel T. Feld, Esq.
J.H. Zidell, P.A.
Attorney for Plaintiffs
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865 – 7167

By:__/s/ Daniel T. Feld _____
    Daniel T. Feld, Esq.
    Florida Bar Number: 0037013

**CERTIFICATE OF SERVICE:**

I hereby certify that a true and correct copy of Plaintiffs' Motion for Extension of Time was served via CM/ECF to Netali Peles, Esq., Lynch & Robbins, 25 W. Flagler Street, Suite 1010, Miami, Florida 33130, Fax: (866) 984-5239, Email: npeles@floridalawyer.com and Vincent B. Lynch, Esq., The Executive Law Group, 3001 N. Rocky Point Drive E., Suite 208, Tampa, FL 33629, Fax: (813) 333-7321, Email: vincent@execlawgroup.com, on this 7th day of April, 2014.

        Daniel T. Feld, Esq.
        J.H. Zidell, P.A.
        Attorney for Plaintiffs
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865 – 7167

        By:__/s/ Daniel T. Feld _____
           Daniel T. Feld, Esq.
           Florida Bar Number: 0037013