# WHISARD Compliance Action Report

## U.S. Department of Labor
Wage and Hour Division

| | |
|---|---|
| Case ID: **1689736** | Originating District: **Miami FL District Office** |
| Local Filing Number: **2013-249-15554** | Investigating. District: **Miami FL District Office** |
| WHMIS Case Number: | Lead Investigator: Ex. 7(c) |
| Registration Date: **03/28/2013** | |
| Assignment Date: **07/01/2013** | |

### Employer Information

| | |
|---|---|
| Trade Name: **I & C EARTHMOVERS CORP.** | Legal Name: **I & C EARTHMOVERS CORP.** |
| Address: **13436 S. W. 119th LANE** | EIN: **65-0861113** |
| | County: |
| | NAICS Code: **23731** |
| **Miami, FL 33175** | No. Of Employees: **35** |

### Investigation Information

| | |
|---|---|
| Period Investigated From: **09/06/2011** | BNPI: |
| To: **09/07/2013** | Reinvestigation: ☐ |
| Investigation Type: Ex. 7(e) | Recurring Violation: ☐ |
| Investigation Tool: | Future Compliance Agreed: ☑ |
| Compliance Status: **Agree to Comply** | Involved in AG: ☐ |

### Recommended Action:

| | | | |
|---|---|---|---|
| BWFS: | ☐ | RO/NO Review: | ☐ |
| CMP: | ☐ | Follow Up Investigation: | ☐ |
| Litigation: | ☐ | Other Action: | ☐ |
| Civil Action: | ☐ | Denial of Future Certificate: | ☐ |
| Criminal Action: | ☐ | BW Payment Deadline: | |
| Submit For Opinion: | ☐ | Trailer forms attached: | ☐ |

CL

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| No Violation found for this act / Compliance (no violations found) | | | | | $0.00 | $0.00 | |

Date: 04/17/2014 9:43:06 AM                Case ID: 1689736                Page 1

## WHISARD Compliance Action Report

### CWHSSA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| No Violation found for this act / Compliance (no violations found) | | | | | $0.00 | $0.00 | |
| CWHSSA Totals: | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |

### DBRA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | |
|---|---|---|---|---|---|---|---|
| Misrepresenting or falsifying certified payroll vs actual pay practices / Agree to Comply | 1 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |
| DBRA Totals: | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Total Violations Under DBRA: | 1 | | | | | | $0.00 |

### FLSA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| No Violation found for this act / Compliance (no violations found) | | | | | $0.00 | $0.00 | |
| FLSA Totals: | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |

### FMLA

| Violation / Compliance Status | Violations | EEs ATP | BWs Computed | BWs Agreed | LDs Computed | LDs Agreed | CMPs* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| WHISARD Compliance Action Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| No Violation found for this act / Compliance (no violations found) | | | | | $0.00 | $0.00 | |
| **FMLA Totals:** | 0 | 0 | $0.00 | $0.00 | $0.00 | $0.00 | |

\* CMPs computed do not necessarily indicate CMPs assessed.

| | | | |
|---|---|---|---|
| Unduplicated Employees Found: | 0 | Unduplicated Employees Agreed: | 0 |
| Total Amount BWs Computed: | $0.00 | Total Amount BWs Agreed: | $0.00 |
| Total Amount LDs Computed: | $0.00 | Total Amount LDs Agreed: | $0.00 |

### Conclusions & Recommendations:

*Cov under DBRA applies to const. contractor spec. in excavation to rebuild/reconstruct 826/836 highway w/ ARRA fed funded bonds. Er charged with misrepresenting or falsification of records. No monetary findings. Debarment not recommended since it is employer's 1st inv & viols were not significant or wilfull. Concurrent FLSA inv. No findings. No CMPs rec. Recomm admin closing upon review of case. No further action.*

WHI Signature:_____ Date: 02/07/2014

Reviewed By:_____ Date:_____